# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TODD A. HENRY,**

    **Plaintiff,**

vs.                                                                   Case No.: 2:17-cv-1065
                                                                   JUDGE GEORGE C. SMITH
**DARREL L. JOLLEY,** *et al.*,               Magistrate Judge Vascura

    **Defendants.**

## ORDER

On March 26, 2018, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Plaintiff's Motion to Remand be denied and Defendants' request for fees and costs be denied. (*See* Doc. 20). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Plaintiff's Motion to Remand is **DENIED** and Defendants' request for fees and costs pursuant to 28 U.S.C. § 1447(c) is **DENIED**. The Clerk shall remove Documents 10 and 20 from the Court's pending motions list.

       **IT IS SO ORDERED**.

                                                         */s/ George C. Smith*
                                                         **GEORGE C. SMITH, JUDGE**
                                                         **UNITED STATES DISTRICT COURT**